# EXHIBIT C

Support | What can we help you find? | Search

Products  Solutions  Services  **Support**  Community

Product Support    Knowledge Base    Warranty & Contracts    Service Requests & Dispatch Status
Order Support    Contact Support

 › Support › Knowledge Base



# Changes to the sales and support processes for Dell EMC OpenManage Network Manager

Article Summary: This article provides information about changes to the sales and support processes for Dell EMC OpenManage Network Manager

---

**Background**:

Dell EMC OpenManage™ Network Manager (OMNM) will be no longer be sold as OEM software by Dell EMC effective February 4, 2019.

The same functionality will continue to be available and OMNM will be rebranded as OpenManage NM Powered by Cruz Operations Center (i.e. Dorado Software Inc.).

OMNM offers a suite of management and operations applications for optimizing and managing Dell and third-party IT, cloud, data center and campus infrastructures

- Discovery
- Configuration Mgmt
- Performance Monitoring
- Automation
- Topology
- Multi-tenent
- High-Availability
- Compliance
- Reporting

 Note: The end of active subscriptions. Customers with expiring OEM subscriptions can renew their subscriptions. All active subscriptions running OMNM version 6.5 or later will be able to upgrade to new software releases. The licenses will continue to be valid till the end of the subscription.

**Subscription and Installation Services:**

- The new release of OMNM is OMNM 8.0. Existing customers of Dell EMC OMNM can upgrade seamlessly to this release.
- Orders will continue to be fulfilled digitally.
- OMNM subscriptions include support and are available for 1, 3, and 5 year terms.
- For new subscriptions purchased or existing customers upgrading to new software releases after February 4, 2019, Dell EMC tech support will provide Level 1 support and do a warm transfer to Dorado (through Collaborative support).
- Installation service options are currently available or as a custom statement of work. ProDeploy Plus for switches will no longer cover OMNM installation service for up to 25 devices as part of the statement of work.

**Procedure:**

- When contacting Dell EMC for OMNM Technical Support the Dell EMC Technical Support team will handle the Hardware functionality/Level 1 support. All OMNM Software related issues will be transferred to Dorado.
- The changes are applicable to version 8.0 and beyond. Customers running OMNM 6.5.X will still contact Dell EMC for Technical Support.

**Support Structure:**

- Globally supported by Dorado as EI software.
- Toll free number in the US and Canada is +1 888.939.9959, option 4 for Customer Service
- Number available for international dial is +1 916-673-1056
- Email to tsc@doradosoftware.com automatically generates a ticket with a notification, currently this is the best way to start a case with Dorado.

**Support scenarios to be covered in the contract:**

- Subscriptions via Dell EMC OEM and running OMNM 6.5.x or prior are **Dell supported.**
- Subscription via Dell EMC OEM that are upgraded from OMNM 6.5.x to 8.0 are **Dorado supported**
- Subscriptions via Dell EMC OEM that have purchased additional licenses to stack with current subscriptions are **Dorado supported**
- Subscriptions via Dell EMC OEM that have renewed subscriptions and are running OMNM 8.0 are **Dorado supported**
- New subscriptions are **Dorado supported**

**Related Links:**

Links to documentation and Reference Materials

- [OpenManage NM Product Page](#)
- [OpenManage NM 30 Day Trial](#)
- [OpenManage NM Product Documentation](#)
- [OpenManage NM (OMNM) Dashboard (Sales Portal)](#)
- [Dorado OMNM Landing Page](#)

Article ID: HOW16844

Last Date Modified: 09/14/2019 12:46 AM