# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION,<br><br>Defendants. | Case No. 6:20-cv-00479-ADA<br><br>**JURY TRIAL DEMANDED** |

**LETTERS OF REQUEST FOR FOREIGN DISCOVERY FROM ISRAEL**

Defendants', Dell Technologies Inc., Dell Inc., and EMC Corporation, (collectively "Defendants"), seek foreign discovery from a third party witness residing in Israel. Defendants have attached an Appendix with a Letter of Request which includes Document Requests and Deposition Topics. The chart below outlines the name of the witness Defendants seek foreign discovery from, the relevant case number, and the Patent at issue.

| Appx. | Name of Witness Entity | Relevance of Witness/Entity | Case No. | U.S. Pat. No. |
|---|---|---|---|---|
| A | Danny Raz | Named inventor | 6:20-cv-00479 | 8,402,129 |

Defendants respectfully request that the Court execute the Letter of Request attached as Appendix A. Defendants further request that, after the Court has signed the Letter of Request, the Clerk of this Court authenticate the Court's signature under the seal of this Court, and return the original signed and sealed executed Letter, and two certified copies of the signed and sealed executed Letter, to Defendants' counsel, Barry K. Shelton, for delivery to the proper authority.

Plaintiff, WSOU Investments, LLC d/b/a Brazos Licensing and Development, indicated that it reserves the right to serve its own foreign discovery in the future.

| | |
|---|---|
| Dated: November 6, 2020 | By: */s/ Barry K. Shelton* |

  Barry K. Shelton
  Texas State Bar No. 24055029
  bshelton@sheltoncoburn.com
  **SHELTON COBURN LLP**
  311 RR 620, Ste. 205
  Austin, TX 78734-4775
  Telephone: 512.263.2165
  Facsimile: 512.263.2166

  Benjamin Hershkowitz
  bhershkowitz@gibsondunn.com
  Brian A. Rosenthal
  brosenthal@gibsondunn.com
  Allen Kathir
  akathir@gibsondunn.com
  Kyanna Sabanoglu
  ksabanoglu@gibsondunn.com
  **GIBSON, DUNN & CRUTCHER LLP**
  200 Park Ave.
  New York, NY 10166-0193
  Telephone: (212) 351-4000
  Facsimile: (212) 351-4035

  Y. Ernest Hsin
  ehsin@gibsondunn.com
  Jaysen S. Chung
  jschung@gibsondunn.com
  **GIBSON, DUNN & CRUTCHER LLP**
  555 Mission St., Ste. 3000
  San Francisco, CA 94105-0921
  Telephone: (415) 393-8200
  Facsimile: (415) 393-8306

  Ryan K. Iwahashi
  riwahashi@gibsondunn.com
  **GIBSON, DUNN & CRUTCHER LLP**
  1881 Page Mill Rd.
  Palo Alto, CA 94304-1211
  Telephone: (650) 849-5300
  Facsimile: (650) 849-5333

  *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 6, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1).

*/s/ Barry K. Shelton*
Barry K. Shelton
