# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00473-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00474-ADA** |
| *Plaintiff,* | § | **CIVIL ACTION 6:20-cv-00475-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00476-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00477-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00478-ADA** |
| v. | § | **CIVIL ACTION 6:20-cv-00479-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00480-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00481-ADA** |
| **DELL TECHNOLOGIES INC.,** | § | **CIVIL ACTION 6:20-cv-00482-ADA** |
| **DELL INC., AND EMC** | § | **CIVIL ACTION 6:20-cv-00485-ADA** |
| **CORPORATION,** | § | **CIVIL ACTION 6:20-cv-00486-ADA** |
| *Defendants.* | § | |

## NOTICE OF ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Craig D. Cherry of the law firm of Steckler Wayne Cochran Cherry, PLLC hereby enters an appearance as additional counsel for the Plaintiff in the above captioned case.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Craig Cherry at the law firm of Steckler Wayne Cochran Cherry, PLLC. Mr. Cherry's contact information is provided below:

Steckler Wayne Cochran Cherry, PLLC
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
Email: craig@swclaw.com

Respectfully submitted,

**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

BY:   /s/ Craig D. Cherry
       **CRAIG D. CHERRY**
       Bar No. 24012419
       Email: craig@swclaw.com

**COUNSEL FOR PLAINTIFF WSOU INVESTMENTS, LLC**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 22th day of October 2020.

\s\ Craig D. Cherry
CRAIG D. CHERRY