# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

**WSOU INVESTMENTS LLC**

v.   Case No.: 6:20-cv-00479-ADA

**DELL TECHNOLOGIES INC. ET AL**

### ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Joshua A. Whitehill** ("Applicant"), counsel for **WSOU Investments LLC**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **WSOU Investments LLC** in the above case.

IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

IT IS FURTHER ORDERED that if the corresponding Motion for Admission *Pro Hac Vice* was e-filed, the attorney who filed the Motion on behalf of the Applicant is **directed** to notify the Applicant of this order.

IT IS FINALLY ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order, **if he/she has not previously done so on a prior case in this District**.

SIGNED this the 28th day of December, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE