IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § | CIVIL ACTION 6:20-cv-00474-ADA<br>CIVIL ACTION 6:20-cv-00478-ADA<br>CIVIL ACTION 6:20-cv-00479-ADA |
| *Plaintiff*, | | |
| v. | | |
| DELL TECHNOLOGIES INC., ET AL, | | |
| *Defendants*. | | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Dell Technologies, Inc., Dell Inc., and EMC Corporation, ("Defendants") hereby stipulate that all claims in this action are hereby dismissed with prejudice. The parties agree that each party shall bear its own costs, expenses, and attorneys' fees.

Dated: January 18, 2022

By: */s/ Mark Siegmund*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com

RESPECTFULLY SUBMITTED,

By: */s/ Brian Rosenthal*
    Andrew P. Blythe
    ablythe@gibsondunn.com
    Casey J. Mccracken
    CMcCracken@gibsondunn.com
    Emily M. Whitcher
    ewhitcher@gibsondunn.com
    Nathaniel R. Scharn
    nscharn@gibsondunn.com
    **Gibson, Dunn & Crutcher LLP**
    3161 Michelson Drive
    Irvine, CA 92612
    Telephone: (949) 451-3926
    Facsimile: (949) 451-4220
    Benjamin Hershkowitz
    Bhershkowitz@gibsondunn.com

ThucMinh Nguyen (CA Bar No. 304382 )
Admitted in this District
tngueyn@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Hershy Stern (NY Bar No. 4631024)
hstern@kasowitz.com
(*Pro hac vice* admission)
Joshua A. Whitehill (NY Bar No. 4766473)
jwhitehill@kasowitz.com
(*Pro hac vice* admission)
Bradley P. Lerman (NY Bar No. 4906079)
blerman@kasowitz.com
(*Pro hac vice* admission)
Howard L. Bressler (NY Bar No. 2487379)
hbressler@kasowitz.com
(*Pro hac vice* admission)
Jayita Guhaniyogi (NY Bar No. 5349022)
jguhaniyogi@kasowitz.com
(*Pro hac vice* admission)
Julianne Laporte (NY Bar No. 5547906)
jlaporte@kasowitz.com
(*Pro hac vice* admission)
Shelley Ivan (NY Bar No. 4338067)
sivan@kasowitz.com
(*Pro hac vice* admission)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

Paul G. Williams (GA Bar No. 764925)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
Telephone:  (404) 260-6080
Facsimile:  (404) 393-9752

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin Wayne Allen (TX Bar No. 24081977)
justin@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**

Brian Rosenthal
brosenthal@gibsondunn.com
Josh Krevit
jkrevitt@gibsondunn.com
Paul Torchia
ptorchia@gibsondunn.com
Allen Kathir
akathir@gibsondunn.com
Kyanna Sabanoglu
ksabanoglu@gibsondunn.com
Venus Allahyarzadeh
vallahyarzadeh@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166
Telephone:  (212) 351-241
Facsimile:  (212) 351-6210

Y. Ernest Hsin
ehsin@gibsondunn.com
Jaysen S. Chung
jschung@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:  (415) 393-8224
Facscimile:  (415) 374-8436

Ryan Iwahashi
**Gibson, Dunn & Crutcher LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 849-5367
Facscimile:  (650) 849-567

Barry K. Shelton
bshelton@sheltoncoburn.com
**Shelton Coburn, LLP**
311 RR 620 S
Suite 205
Austin, TX 79734-4775
Telephone: (512) 263-2165
Facsimile: (512) 263-2166

David Kuznick
david.kuznick@dell.com
**Dell Technologies, Inc.**
176 South Street
Hopkinton, MA 01748
Telephone:  (774) 350-0314

**ATTORNEYS FOR DEFENDANTS**

8416 Old McGregor Rd.
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**

**DELL TECHNOLOGIES, INC., DELL, INC.,
and EMC CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Mark D. Siegmund*
**Mark D. Siegmund**
